**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **New Eastland Mall Developer LLC** |
| Bankruptcy Case: | **Bakers Footwear Group, Inc.** |
| Preference Period: | **Jul 5, 2012 - Oct 3, 2012** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 204514 | $4,509.69 | 9/11/2012 | BAKER!55 | 9/1/2012 | $4,000.00 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 204514 | $4,509.69 | 9/11/2012 | 7/11-8/10WAT | 8/15/2012 | $31.71 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 204514 | $4,509.69 | 9/11/2012 | 7/11-8/10HVA | 8/14/2012 | $101.36 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 204514 | $4,509.69 | 9/11/2012 | 7/11-8/10ELE | 8/14/2012 | $376.62 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 203752 | $4,561.52 | 9/4/2012 | BAKER!54 | 8/1/2012 | $4,000.00 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 203752 | $4,561.52 | 9/4/2012 | 6/8-7/11.WA | 7/16/2012 | $24.87 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 203752 | $4,561.52 | 9/4/2012 | 6/8-7/11.HVA | 7/16/2012 | $111.82 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 203752 | $4,561.52 | 9/4/2012 | 6/8-7/11.EL | 7/16/2012 | $424.83 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | BAKER!53 | 7/1/2012 | $4,000.00 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | 5/10-6/8WAT | 6/14/2012 | $32.02 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | 5/10-6/8HVAC | 6/14/2012 | $94.48 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | 5/10-6/8ELE | 6/14/2012 | $375.53 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | 3/12*4/12WAT | 4/27/2012 | $28.38 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | 3/12*4/12HVA | 4/27/2012 | $134.23 |
| Bakers Footwear Group, Inc. | Bakers Footwear Group, Inc. | 202801 | $5,048.01 | 7/16/2012 | 3/12*4/12ELE | 4/27/2012 | $383.37 |

**Totals:** 3 transfer(s), $14,119.22