# UNITED STATES BANKRUPTCY COURT

_____ EASTERN _____ DISTRICT OF _____ MISSOURI _____

**In re**  Bakers Footwear Group, Inc.

**Debtor(s)**

Bankruptcy Case No. **12-49658-705**

**Chapter 7**

Robert J. Blackwell, Ch. 7 Trustee of Bakers Footwear Group, Inc.   **Plaintiff(s)**

Adversary Proceeding No.

New Eastland Mall Developer LLC   **Defendant(s)**

**14-4226-705**

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
>   United States Bankruptcy Court
>   Thomas F. Eagleton Courthouse, 111 S. Tenth Street, Floor 4
>   St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>   Kendra K. Bader
>   2600 Eagan Wood Dr, Ste 400
>   St. Paul, MN 55121

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court  Thomas F. Eagleton Courthouse  111 S. Tenth Street  St. Louis, MO 63102 | 7-South |
| | Date and Time |
| | February 11, 2015  11:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

_Clerk of the Bankruptcy Court_

September 23, 2014

By: _____ Matthew T. Clear _____

**CERTIFICATE OF SERVICE**

I, _____ , certify that service of this summons
(name)
and a copy of the complaint was made _____ by:
(date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                                                                       (name of state)

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                                                Signature

Print Name

Business Address

City                          State                          Zip