# UNITED STATES BANKRUPTCY COURT

___EASTERN___ DISTRICT OF ___MISSOURI___

In re  Bakers Footwear Group, Inc.

**Debtor(s)**

Bankruptcy Case No. **12-49658-705**

**Chapter 7**

Robert J. Blackwell, Ch. 7 Trustee of Bakers Footwear Group, Inc.

**Plaintiff(s)**

New Eastland Mall Developer LLC

**Defendant(s)**

Adversary Proceeding No.

**14-4226-705**

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
> United States Bankruptcy Court
> Thomas F. Eagleton Courthouse, 111 S. Tenth Street, Floor 4
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Kendra K. Bader
> 2600 Eagan Wood Dr, Ste 400
> St. Paul, MN 55121

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court<br>Thomas F. Eagleton Courthouse<br>111 S. Tenth Street<br>St. Louis, MO 63102 | 7-South |
| | **Date and Time**<br>February 11, 2015<br>11:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

*Clerk of the Bankruptcy Court*

September 23, 2014

By: ___Matthew T. Clear___

## CERTIFICATE OF SERVICE

I, _Jennifer Hepola_ (name), certify that service of this summons and a copy of the complaint was made: _October 2, 2014_ (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

<u>Defendant</u> [via Regular Mail]
Dan Carlson, RegAgt/Officer
New Eastland Mall Developer LLC
5501 Canyon River Road
Ada, MI 49301

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_October 2, 2014_   _/s/ Jennifer Hepola_
Date                                              Signature

| Print Name |  |  |
|---|---|---|
| Jennifer Hepola | | |
| Business Address | | |
| ASK LLP, 2600 Eagan Woods Drive, Suite 400 | | |
| City | State | Zip |
| Saint Paul | Minnesota | 55121 |