**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

*In Re:*
*Debtor*
Bakers Footwear Group Inc

*Plaintiff*
Robert J Blackwell Chapter 7 Trustee of Bakers Footwear Group Inc

*vs.*
*Defendant*
New Eastland Mall Developer LLC

*Adv. No.:* 14−04226 − A705

*Case No.:* 12−49658 − A705

*Chapter* 7   *Proceeding*

## ENTRY OF DEFAULT

Plaintiff, Robert J Blackwell, Chapter 7 Trustee of Bakers Footwear Group, Inc., having requested Dana C. McWay, Clerk of the Bankruptcy Court for the Eastern District of Missouri (hereinafter the "Clerk") to enter default against New Eastland Mall Developer LLC ("Defendant").

Defendant having failed to plead or otherwise respond to the complaint in this action;

The Clerk hereby enters the default of Defendant in this action pursuant to Federal Rule of Bankruptcy Procedure 7055.

Dana C. McWay
Clerk, U.S. Bankruptcy Court

Dated: 3/10/15

Jennifer L Jercick
Deputy Clerk

Rev 01/13 clkdef

United States Bankruptcy Court
Eastern District of Missouri

Robert J Blackwell Chapter 7 Trustee of,
    Plaintiff

Adv. Proc. No. 14-04226-cer

New Eastland Mall Developer LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: jerj      Page 1 of 1      Date Rcvd: Mar 10, 2015
                 Form ID: clkdef      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2015.
dft      +New Eastland Mall Developer LLC,    Dan Carlson RegAgt Officer,    5501 Canyon River Rd,    Ada, MI 49301-8881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2015 at the address(es) listed below:
         Bryan Voss    on behalf of Plaintiff    Robert J Blackwell Chapter 7 Trustee of Bakers Footwear Group Inc bvoss@blackwell-lawfirm.com
         Joseph L Steinfeld, Jr    on behalf of Plaintiff    Robert J Blackwell Chapter 7 Trustee of Bakers Footwear Group Inc jsteinfeld@askllp.com, lmiskowiec@askllp.com;eneiger@askllp.com;gunderdahl@askllp.com;kbader@askllp.com
         Kendra K Bader    on behalf of Plaintiff    Robert J Blackwell Chapter 7 Trustee of Bakers Footwear Group Inc kbader@askllp.com, lmiskowiec@askllp.com
         TOTAL: 3