UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case Number 12-49658-705 |
| **Bakers Footwear Group, Inc.,** | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | **Adversary Number 14-4226-705  #10** |
| **Robert J. Blackwell, Chapter 7** | ) | |
| **Trustee of Bakers Footwear Group,** | ) | |
| **Inc.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs | ) | |
| | ) | |
| **New Eastland Mall Developer LLC,** | ) | Hearing Date:  August 19, 2015, |
| | ) | at 10:30 a.m. (CT) |
| Defendant. | ) | |

### ORDER GRANTING TRUSTEE'S MOTION FOR DEFAULT JUDGMENT

This matter came before the Court on Plaintiff, Robert J. Blackwell, Chapter 7 Trustee's Motion for Default Judgment.  The Chapter 7 Trustee filed a complaint on September 19, 2014, commencing the above-captioned adversary proceeding.  On September 24, 2014, this Court issued a Summons.  On October 2, 2014, the Chapter 7 Trustee served the Defendant with a copy of the Complaint by U.S. Mail postage pre-paid at 5501 Canyon River Road, Ada, MI  49301.  On October 22, 2014, this Court entered its *Order Granting Plaintiff's Motion to Establish Streamlined Procedures Governing Adversary Proceedings Commenced by Chapter 7 Trustee Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code*, establishing December 23, 2014, as the deadline for the Defendant to answer or otherwise plead in response to the Complaint.

On March 10, 2015, the Clerk entered an Entry of Default as the Defendant failed to plead or otherwise respond to the Complaint.  On July 21, 2015, counsel for the Chapter 7 Trustee filed its Motion for Default Judgment and Notice, together with an affidavit stating that, to the best of her knowledge, the Defendant is not in the military service and is not an infant or incompetent person.  Notice of the Chapter 7 Trustee's Motion for Default Judgment was provided to the Defendant and no responses or objections were received.  The Motion for Default Judgment was called for hearing on August 19, 2015.  The Chapter 7 Trustee appeared through counsel.  The Defendant did not appear.

**IT IS HEREBY ORDERED** that the Trustee's Motion for Default Judgment is **GRANTED** pursuant to Federal Bankruptcy Rule of Procedure 7055(b) in that the Chapter 7 Trustee shall be allowed a judgment in the amount of $14,119.22.

**IT IS FURTHER ORDERED** that the Trustee's request for filing fees is **GRANTED** and the filing fees shall be allowed in the amount of $350.00.

DATED:  August 19, 2015  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN, III  
U.S. Bankruptcy Judge

Order prepared by:

Kendra K. Bader, Esq.  
ASK LLP  
2600 Eagan Woods Drive, Suite 400  
St. Paul, MN  55121

Copies to:

Bryan T. Voss
2678 Babble Creek, P.O. Box 310
O'Fallon, MO 63366-0310

Dan Carlson, RegAgt/Officer
New Eastland Mall Developer LLC
5501 Canyon River Road
Ada, MI  49301